25-03

FILED17 DEC '25 15:02USDC-ORP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**HECTOR MIRANDA-MENDOZA,**

**Defendant.**

**3:25-cr-** 00514-AN

**INDICTMENT**

**18 U.S.C. § 39A**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Aiming a Laser Pointer at an Aircraft)**
**(18 U.S.C. § 39A)**

On or about September 27, 2025, within the District of Oregon, the defendant, **HECTOR MIRANDA-MENDOZA**, knowingly aimed the beam of a laser pointer at an Airbus H125 helicopter, with tail number 2108J, an aircraft in the special aircraft jurisdiction of the United States;

In violation of Title 18, United States Code, Section 39A.

Dated: December 17, 2025

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

PETER D. SAX
Assistant United States Attorney